DENNIS C. FEELY, Respondent, *v.* GILBERT E. JONES, as Treasurer of THE NEW YORK TIMES, Appellant.

*Feely* v. *Jones*, 79 Hun, 18, affirmed.
(Argued December 21, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*B. F. Einstein* and *C. J. Shearn* for appellant.

*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except HAIGHT, J., not sitting, and VANN, J., not voting.